**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Jayakrishnan N.,

Plaintiff,

v.

Commissioner of Social Security,

Defendant.

Case No. 2:26-cv-02880-DJA

**Order**

This matter is before the Court on *pro se* Plaintiff Jayakrishnan N.'s motion to proceed *in forma pauperis*. (ECF No. 1). However, under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee) "must be made on the form provided by the court."[1] The Court will therefore deny the motion (ECF No. 1) and require Plaintiff to file a complete application on the correct form or to pay the filing fee. Because Plaintiff has neither filed the correct form to proceed *in forma pauperis* nor paid the filing fee, the Court does not screen the complaint at this time.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff: (1) a copy of this order; and (2) the Short Form application to proceed *in forma pauperis* and its accompanying instruction packet.[2]

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

[2] This form can also be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 22, 2026,** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee. **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that the case be dismissed.**

DATED: September 22, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE